IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAY 27 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

LUIS MANUEL ALVARADO-RIVERA §
R89512-079 Petitioner §
Vs. P O box 2099 §
Pollack LA 71467 §
§   CASE NUMBER 1:05CV01071
§   JUDGE: Reggie B. Walton
HARLEY G. LAPPIN, DIRECTOR &  §   DECK TYPE: FOIA/Privacy Act
FEDERAL BUREAU OF PRISONS     §
Respondent                     §   DATE STAMP: 05/27/2005

## P E T I T I O N   F O R   W R I T   O F   M A N D A M U S

**COMES NOW THE PETITIONER:** Luis Manuel Alvarado-Rivera pro-se in the above "Petition For Writ Of Mandamus" against the Federal Bureau of Prisons for good and equitable cause shown.

### I

### A U T H O R I T Y   O F   T H E   C O U R T

This Honorable Court may grant the requested Writ Of Mandamus under the authority of 28 U.S.C.§ 1361 which authorizes the vehicle of mandamus to issue to compel an officer of a United States of America Agency to perform his duty, see e.g. IN RE MCEVILY 55 Fed. App. 712, 4th CA (2003). Additionally, the "All Writs Act" (28 U.S.C.§ 1651), provides this Court with the authority to issue "[a]ll writs necessary or appropriate in aid of their respective jurisdiction and agreeable to the usages and principles of law." IN RE AMERICAN HONDA MOTOR DEALERSHIPS RELATIONS 315 F. 3rd 417, 437, 4th CA (2003).

RECEIVED
MAY - 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

I I

## REQUEST FOR JUDICIAL NOTICE

This Honorable court is respectfully requested to take "Judicial Notice" under the Fed.R.Evi. 201(a)(b)(d)(f), of the <u>facts</u> that Mr. Harley G. Lappin is the Director of the Federal Bureau of Prisons and it is an "Agency" of the United States of America as defined under 5 U.S.C.§ 551(1), see <u>RAMER V SAXBE</u> 522 F. 2nd 695, DC-DC (1975).

I I I

## PETITION

This Petition for Mandamus is submitted to compel Mr. Harley G. Lappin as Director...and the Federal Bureau of Prisons, an Agency of the United States, to comply with the Petitioner's "Freedom Of Information Request," (FOIA), which was first mailed via normal First Class Mail on <u>December 15, 2004</u>, (Exhibit "A"). The Petitioner failed to receive a response to that request. On <u>Janueary 11, 2005</u> the Petitioner sent a follow up request together with copies of the original request, (Exhibit "B"). No response was received to that request either. The FOIA Unit of the BOP, without question, <u>received</u> on <u>March 8, 2005</u>, a third request which included copies of the first two requests...which the Petitioner had mailed via certified mail return receipt, (see Exhibit "C"). There was no response to that third request either.

2

The BOP is required by statute to respond to a FOIA request within 20 working days, (5 U.S.C.§ 552(a)(6)). Moreover, "Any person making a request to any agency for records under paragraph (1),(2), or (3) of this subsection shall be deemed to have exhausted his administrative remedies with respect to such request if the agency fails to comply with the applicable time limit provisions of this paragraph." (5 U.S.C. § 552(a)(6)(C)(i)). The Federal District Court...for the District of Columbia has venue/jurisdiction to hear this petition, (5 U.S.C.§ 552(a)((4)(A)(vii)(B)).

This Honorable Court is respectfully requested to order that a Writ Of Mandamus shall issue against Mr. Harley G. Lappin, as Director and the Federal Bureau of Prisons, and Agency of the United States, compelling them to comply with the subject FOIA request forthwith together with any other relief the Court deems due and proper.

(This Petition was translated and typed by a fellow inmate on behalf of Luis Manuel Alvarado-Rivera by virtue of his inability to read or write the English language)

Respectfully Submitted

*Luis Alvarado* 4-26-05

Luis Manuel Alvarado-Rivera
Pro-Se.
Registration Number 89512-079
Post Office Box 2099
Pollock, Louisiana 71467-2099

III

VERIFICATION

I, LUIS MANUEL ALVARADO-RIVERA HEREBY SWEAR: under penalty of perjury pursuant to 28 U.S.C.§ 1746(2), that the statements made by me in the foregoing "Petition for Writ Of Mandamus" are true to the best of my knowledge and belief.

_____  4-26-05
Luis Manuel Alvarado-Rivera    Date
Pro-Se.

IV

CE TIFICATE   OF   MAILING   &   SERVICE

I, LUIS MANUEL ALVARADO-RIVERA HEREBY SWEAR: under penalty of perjury pursuant to 28 U.S.C.§ 1746(2), that a true and conformed copy of the foregoing "Petition For Writ Of Mandamus" was placed this 27th day of April, 2005 in the special mail box of the F.P.C. Pollock, First Class Postage prepaid, addressed to the following:

Ms. Nancy Mayer-Whittington, Clerk
United States District Court
For the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001-2802

Mr. Roscoe C. Howard, Jr., Esquire
United States Attorney
For the District of Columbia
5806 Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20001

_____  4-26-05
Luis Manuel Alvarado-Rivera    Date
Pro-Se.

4

FILE COPY

## FREEDOM OF INFORMATION ACT REQUEST

December 15, 2004

United States Department of Justice
Federal Bureau of Prisons
Freedom of Information/Privacy Act Office
320 First Street, N.W.
Washington, D.C. 20534

Ladies/Gentlemen,

    This is a request under the provisions of the Freedom of Information/Privacy Act as amended, (5 U.S.C.§ 552 & § 552a). I am writing to request the names, place of detention, and registration numbers of the Federal Bureau of Prisons inmates upon who the enclosed affidavit of the Mr. Lance J. Cole, Supervisor of Education from FMC Devens, relied, as those inmates who provided legal assistance from persons trained in the law to Spanish-only speaking inmates at the F.M.C. Devens during the period December 20, 2000 to August 8, 2003.
    This request was first submitted to the B.O.P. via the Administrative Remedy Process but was denied. I was instructed to make the request for the information under the FOIA/Privacy Act's provisions, (see enclosed BP-231 with response). I request as well, copies of all memorandums, communications, regulations, compliance and/or procedures which deal with the Federal Bureau of Prisons' responsibilities to provide meaningful access to the courts, to non-English speaking federal inmates at all the Federal Bureau of Prisons' Facilities.
    The FOIA/Privacy Act provides that if only a portion of a file are exempted from release, the remainder must be released. I therefore request that I be provided with all nonexempt portions of any records which are reasonably segregate. I, of course, reserve my right to appeal the withholding or deletion of any information.
    If there are any questions concerning this request, please write to me at the following address:

                Mr. Luis Manuel Alvarado-Rivera
                Registration Number 89512-079
                Federal Prison Camp, Pollock
                Post Office Box 2099
                Pollock, Louisiana 71467-2099

PETITIONER'S EXHIBIT "A"

    The FOIA/Privact Act requires that you acknowledge this request within 20 working days from your receipt of the request.

(This FOIA/Privacy Act request was translated and typed by a fellow inmate on behalf of Luis Manuel Alvarado-Rivera by virtue of his inability to read or write the English language)

Respectfully Requested

Luis Manuel Alvarado-Rivera

05 1071
FILED
MAY 2 7 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PROOF OF IDENTITY              **FILE COPY**

In support of the attached Freedom of Information/Privacy Act request, I submit the following information as proof of my identity

DATE OF FOIA/PRIVACT ACT REQUEST:   December 15, 2004

NAME OF REQUESTER:                  Luis Manuel Alvarado-Rivera

INMATE REGISTRATION NUMBER:         89512-079

DATE OF BIRTH:                      December 8, 1960

SOCIAL SECURITY NUMBER:             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

PLACE OF BIRTH:                     Commonwealth of Puerto Rico

ADDRESS OF REQUESTER:               Federal Prison Camp, Pollock
                                    Post Office Box 2099
                                    Pollock, Louisiana 71467-2099


I Luis Manuel Alvarado-Rivera hereby swear under penalty pursuant to 28 U.S.C.§ 1746(2), that the foregoing information is true to the best of my knowledge and belief, and that I am the person described therein.

_____ 12/15/04
Luis Manuel Alvarado-Rivera   Date

U.S. Department of Justice

Federal Bureau of Prisons

Central Office Administrative Remedy Appeal

FILE COPY

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: ALVARADO-RIVERA  LUIS  MANUEL    89512-079       CAMP       F.P.C. POLLOCK
         LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.         UNIT         INSTITUTION

**Part A—REASON FOR APPEAL**

I am not satisfied with the response from the Regional Director and wish to appeal to the General Counsel on the enclosed BP-230 Number 341874-R1. The response affirms the Warden's denial of my request to be provided with the name and inmate number of those inmate law clerks from FMC Devens to whom the Supervisor of Education refers in his sworn affidavit which is included as an exhibit in the BP-230. I asked that the request be considered as coming under the FOIA/PRIVACY ACT, however, that request has not been addressed by the Regional Director. I renew my request for that information either through this remedy process, or in the alternative, as under the FOIA/PRIVACY ACT.

Thank You.

SEPTEMBER 14, 2004
       DATE                                        SIGNATURE OF REQUESTER

**Part B—RESPONSE**

_____                        SEP 23                        _____
       DATE                                                                    GENERAL COUNSEL
ORIGINAL: RETURN TO INMATE                                                    CASE NUMBER: 341874-A1

Part C—RECEIPT
                                                                              CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION
SUBJECT: _____

_____                                                      _____
       DATE                                                                   SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL
USP LVN                                                                                                       BP-231(13)

**FILE COPY**

Administrative Remedy No. 341874-A1
Part B - Response


This is in response to your Central Office Administrative Remedy Appeal in which you request the names and inmate numbers of inmate law clerks at FMC Devens that are referenced in a sworn affidavit by the Supervisor of Education.

Our review reveals you were appropriately directed to submit a Freedom of Information Act/Privacy Act (FOIA/PA) request for the information sought, in accordance with Program Statement 1351.05, <u>Release of Information</u>. The information you request is not releasable through local access procedures. You may request access to the information by forwarding your request to the Bureau of Prisons' Freedom of Information Act (FOIA) Office at 320 First Street, N.W., Washington, D.C. 20534. Both the face of the letter and envelope should be clearly marked "Freedom of Information Act Request."

This response is being provided for informational purposes only.

_November 23, 2004_
Date

Harrell Watts, Administrator
National Inmate Appeals

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS

**FILE COPY**

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v.        ) | CR. No. C-00-222(1) |
| ) | C.A. No. C-04-30 |
| ) | |
| LUIS MANUAL ALVARADO-RIVERA ) | |
| ) | |

## DECLARATION OF LANCE J. COLE

I, Lance J. Cole, hereby make the following declaration:

1. I am currently employed by the Federal Bureau of Prisons (BOP) of the United States Department of Justice as the Supervisor of Education at the Federal Medical Center (FMC) in Devens, Massachusetts. I have been employed by the BOP since September 11, 1988, and have served in my current capacity since August 8, 1998.

2. As the Supervisor of Education, I oversee the Education and Recreation Departments at FMC Devens. As part of my official duties, I am responsible for supervising the law library's upkeep and operation.

3. In order to perform my official duties as the Supervisor of Education, I have access to numerous records regarding prisoners maintained in the ordinary course of business at FMC Devens. This information includes documentary records and computerized records maintained on SENTRY, the Bureau of Prisons computerized data base.

4. I have been advised of the issues that ("Plaintiff") Luis Alvarado, Federal Register Number 89512-079, has submitted before this court. Inmate Alvarado was incarcerated at FMC Devens from December 20, 2000 through August 8, 2003. On or about March 29, 2004, I was notified by an Assistant U.S. Attorney from the Southern District of Texas that Plaintiff filed a Motion to Vacate his Sentence pursuant to 28 U.S.C. §2255 along with a motion to toll the one-year statute of limitations. As grounds for his motion, he contends that he was denied access to the court while at FMC Devens. He further contends that FMC Devens does not provide Spanish language legal research materials, nor legal assistance of any kind whatsoever to Spanish-only speaking inmates.

5. In accordance with Bureau of Prisons Program Statement 1315.07, <u>Legal Activities, Inmate</u>, §6(a), "each Warden must establish a main law library containing the materials listed in the Required Main Law Library Materials (Attachment A), unless an item is out of print." A true and accurate copy of Program Statement 1315.07, is attached as Exhibit 1.

6. During the period in question (December 2000 through August 2003) the FMC Devens Main Law Library contained all of the required legal materials as set forth in Attachment A of Program Statement 1315.07. All of the law books are in English. Spanish language materials included: <u>Manual De Pautas</u>, 1999 Zapp, David, and a Spanish-English, English-Spanish Law Dictionary.

7. The FMC Devens Education Department provides assistance for inmates who need help in researching and preparing legal documents by hiring qualified inmates to work in the Law Library. The inmate Law Clerks assist all inmates in basic legal matters and teach Basic Legal Research courses.

8. Records indicate that in December 2000, the FMC Devens Education Department employed a Spanish-speaking inmate Law Clerk. In addition, records indicate that while incarcerated at FMC Devens, inmate Alvarado participated in and completed several Education courses, some offered in Spanish (such as Spanish GED), and some offered only in English (Parenting).

9. All inmates who arrive at FMC Devens participate in Admission and Orientation (A&O) classes, during which institution procedures are explained by the various department heads. The Supervisor of Education specifically discusses the Law Library and inmates' rights to access legal materials, and their ability to seek assistance regardless of language. This presentation is given in English and in Spanish. Further, an A&O handbook in English and Spanish is provided to all inmates during these classes. This handbook also describes Law Library access.

I declare the foregoing is true and correct to the best of my knowledge and belief, and given under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed this __1st__ day of April, 2004

_____
Lance J. Cole
Supervisor of Education
FMC Devens

**FILE COPY**

# LUIS MANUEL ALVARADO-RIVERA

**FILE COPY**

United States Department of Justice                              January 11, 2005
Federal Bureau of Prisons
Freedom of Information/Privacy Act Office
320 First Street, N.W.
Washington, D.C. 20534

                                         RE:   FOIA/PROVACY ACT REQUEST 12/15/04

Ladies/Gentlemen,

   I am a federal inmate who is serving a prison sentence at the F.P.C. Pollock, Louisiana. On December 15, 2004, I mailed to your office a request under the FOIA/Privacy Act, (please see copy enclosed). The law requires that you acknowledge the request within 20 working days. I have not received a response to the request as of this writing, therefore, I wish to know the status of the request together with the case number if you will? My correct address for response is as follows:

                Mr. Luis Manuel Alvarado-Rivera
                Registration Number 89512-079
                Federal Prison Camp Pollock
                Post Office Box 2099
                Pollock, Louisiana 71467-2099

   Please respond at your earliest request and thank you for your attention and anticipated assistance in this matter. I remain of course most,

(This letter was translated and
typed by a fellow inmate on behalf
of Luis Manuel Alvarado-Rivera by           Respectfully
virtue of his inability to read or
write the English language)

                                            Luis Manuel Alvarado-Rivera

**FILED**

MAY 2 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(Enclosed)
(File)

PETITIONER'S
EXHIBIT
"B"

F.P.C. Pollock P.O. Box 2099 Pollock La. 71467-2099 R/N 89512-079

05 1071

# LUIS MANUEL ALVARADO-RIVERA

**FILE COPY**

U.S. Department of Justice
Federal Bureau of Prisons
Freedom of Information/Privacy Act Office
320 First Street, N.W.
Washington, D.C. 20534

March 2, 2005

(**Via Certified Mail Number** 7003 3360 0004 7107 5781)

                                               RE:  FOIA/PRIVACY ACT REQUEST
                                                         January 11, 2005

Ladies/Gentlemen,

     Reference is made to the above mentioned FOIA/PRIVACY ACT request which I mailed to your office on January 11, 2005. To date I have not received an acknowledgement as required by the Statute within 20 days. Please respond and inform what the status of the request is at this juncture? My correct for response is as follows:

                 Mr. Luis Manuel Alvarado-Rivera
                 Registration Number 89512-079
                 Federal Prison Camp Pollock
                 Post Office Box 2099
                 Pollock, Louisiana 71467-2099

     Thank you for your attention and anticipated assistance in this matter. I remain most,

(This letter brief was translated and typed by a fellow inmate on behalf of Luis Manuel Alvarado-Rivera by virtue of his inability to read or write the English language)

Respectfully

Luis Manuel Alvarado-Rivera

(Enclosed)
(File) √

**FILED**

MAY 2 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



PETITIONER'S EXHIBIT

"C"

                                        7003 2260 0004 7107 5781

05 1071

F.P.C. Pollock P.O. Box 2099 Pollock La. 71467-2099 R/N 89512-079

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☒ Agent ☐ Addressee<br>B. Received by (Printed Name) Sharon Horta  C. Date of Delivery 5-8-05 |
| 1. Article Addressed to:<br>U.S. Department of Justice<br>Federal Bureau of Prisons<br>Freedom of Information/Privacy Act Office<br>320 First Street, N.W.<br>Washington, D.C. 20534<br><br>**FILE COPY** | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 2260 0004 7107 5781 |

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

7003 2260 0004 7107 5781

LUIS MANUEL ALVARADO-RIVERA #89512-079 CAMP

| Postage | $ | .60 |
| Certified Fee | | 2.20  q3 0 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.55 |

FOIA/PRIVACY AT.

Sent To: USDOJ Federal Bureau of Prisons
Street, Apt. No.; or PO Box No. 320 First Street, N.W.
City, State, ZIP+4 Washington, D.C. 20534

PS Form 3800, June 2002    See Reverse for Instructions

FILE COPY