IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN FORMA PAUPERIS

Motion and Affidavit for Permission

**FILED**

MAY 2 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

LUIS MANUEL ALVARADO-RIVERA
    Petitioner

v.

FEDERAL BUREAU OF PRISONS
    Respondent

Pro-Se.

Appeal No. _____05 1071_____
District Court No. _____

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)<br><br>Signed: _/s/ Luis Alvarado_<br>LUIS MANUEL ALVARADO-RIVERA | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.<br><br>Date: APRIL 26, 2005 |

~~My Issues on Appeal are~~:

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

Income source      Average monthly amount during      Amount expected next month
                                       the past 12 months

I am not married.

| | You | Spouse | You | Spouse |
|---|---|---|---|---|
| Employment | $ -0- | $ N/A | $ -0- | $ N/A |
| Self-employment | $___ | $___ | $___ | $___ |
| Income from real property (such as rental income) | $___ | $___ | $___ | $___ |
| Interest and dividends | $___ | $___ | $___ | $___ |
| Gifts | $___ | $___ | $___ | $___ |
| Alimony | $___ | $___ | $___ | $___ |

-1-



| | | | | |
|---|---|---|---|---|
| Child support | $ -0- | $ ____ | $ -0- | $ ____ |
| Retirement (such as social security, pensions, annuities, insurance | $ ____ | $ ____ | $ ____ | $ ____ |
| Disability (such as social security, insurance payments) | $ ____ | $ ____ | $ ____ | $ ____ |
| Unemployment payments | $ ____ | $ ____ | $ ____ | $ ____ |
| Public-assistance (such as welfare) | $ ____ | $ ____ | $ ____ | $ ____ |
| Other (specify): _____ | $ ____ | $ ____ | $ ____ | $ ____ |
| Total monthly income: | $ -0- | $ ____ | $ -0- | $ ____ |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| NONE (Federal Inmate) | | | |
| | | | |
| | | | |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

4. How much cash do you and your spouse have? $ -0-

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| ____ | NONE | $ ____ | $ ____ |
| ____ | ____ | $ ____ | $ ____ |
| ____ | ____ | $ ____ | $ ____ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

NONE

| Home (Value) | Other real estate (Value) | Motor vehicle #1 (Value) |
|---|---|---|
| NONE | NONE | Make & year: NONE |
| | | Model: |
| | | Registration #: |

| Motor vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: NONE | | |
| Model: | | |
| Registration #: | | |

6. State every person, business, or organization owing you or your spouse money, and the amount owed:

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| NONE | | |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| NONE | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ -0- | $ N/A |
| Are real-estate taxes included? ☐ Yes  ☐ No | | |
| Is property insurance included? ☐ Yes  ☐ No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ -0- | $ |
| Home maintenance (repairs and upkeep) | $ -0- | $ |
| Food | $ -0- | $ |
| Clothing | $ -0- | $ |

-3-

*an c*

| | | |
|---|---|---|
| Laundry and dry-cleaning | $ -0- | $ _____ |
| Medical and dental expenses | $ _____ | $ _____ |
| Transportation (not including motor vehicle payments) | $ _____ | $ _____ |
| Recreation, entertainment, newspapers, magazines, etc. | $ _____ | $ _____ |
| Insurance (not deducted from wages or included in Mortgage payments) | $ _____ | $ _____ |
|     Homeowner's or renter's | $ _____ | $ _____ |
|     Life | $ _____ | $ _____ |
|     Health | $ _____ | $ _____ |
|     Motor Vehicle | $ _____ | $ _____ |
|     Other: _____ | $ _____ | $ _____ |
| Taxes (not deducted from wages or included in Mortgage payments) (specify): _____ | $ _____ | $ _____ |
| Installment payments | | |
|     Motor Vehicle | $ _____ | $ _____ |
|     Credit card (name): _____ | $ _____ | $ _____ |
|     Department Store (name): _____ | $ _____ | $ _____ |
|     Other: _____ | $ _____ | $ _____ |
| Alimony, maintenance, and support paid to others | $ _____ | $ _____ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ _____ | $ _____ |
| Other (specify): _____ | $ _____ | $ _____ |
| **Total monthly expenses:** | $ -0- | $ _____ |

*help exp*

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?
☐ Yes   ☒ No          If yes, describe on an attached sheet.

-4-

10. *Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?* ☐ Yes  ☒ No

If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:

_____

_____

_____

11. *Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?*
☐ Yes  ☒ No

If yes, how much? $_____

If yes, state the person's name, address, and telephone number:

_____

_____

_____

12. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

Please see commissary account statement attached.

*TO BE COMPLETED BY THE INSTITUTION OF INCARCERATION OR DETENTION

I certify that  L. Alvarado  (insert name of prisoner/detainee and number) has the current sum of $ 28.52  on account to his credit at  FPC Pollock  (name of institution). I further certify that during the past six months the applicants average balance was $ 106.42  and that the applicant's average monthly deposits were $ 106.42 .

I have attached a certified copy of the applicant's prison trust fund account statement showing at least the past six months' transactions.

I further certify that the applicant does (does not) (circle one) have a secondary savings account(s), such as a certificate of deposit or savings bond. The secondary account(s) balance, if any, is $ 0 .

Dated: March 25 , 2005

___B. Ly?___
Signature of Authorized Officer

___Bruce Dupont___
Printed Name of Authorized Officer

(n:forms:prosef/currentifp; x:proseforms/currentifp)

Inmate Inquiry                                                                  🖶 PRINT

| General Information | Account Balances | Commissary History | Commissary Restrictions | Comments |

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 2316 |
| FRP Participation Status: | Completed |
| Arrived From: | DEV |
| Transferred To: | |
| Account Creation Date: | 8/8/2001 |
| Local Account Activation Date: | 8/7/2003 5:40:11 AM |
| Sort Codes: | |
| Last Account Update: | 3/24/2005 4:50:08 PM |
| Account Status: | Active |
| ITS Balance: | $13.19 |

**FRP Plan Information**

FRP Plan Type         Expected Amount   Expected Rate

## Account Balances

| | |
|---|---|
| Account Balance: | $28.52 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $28.07 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.45 |
| National 6 Months Deposits: | $638.53 |
| National 6 Months Withdrawals: | $657.10 |
| National 6 Months Avg Daily Balance: | $25.93 |
| Local Max. Balance - Prev. 30 Days: | $90.37 |
| Average Balance - Prev. 30 Days: | $37.12 |