UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LUIS MANUEL ALVARADO-RIVERA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>DEPARTMENT OF JUSTICE, et al.,  )<br>  )<br>Defendants.  )<br>  ) | Civil Action No. 05-1071 (RBW) |

**ORDER**

Plaintiff, a federal inmate proceeding *pro se,* brought this action pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. In a letter dated June 23, 2005, plaintiff informed the Court that the defendants have responded to his FOIA request since the filing of this action. Plaintiff now moves for dismissal. Accordingly, it is

**ORDERED** that the case is **DISMISSED**.

_____
REGGIE B. WALTON
United States District Judge

DATE: July 28, 2005