# LUIS MANUEL ALVARADO-RIVERA

*Notice of change of address*

Ms. Nancy Mayer-Whittington, Clerk            October 3, 2005
United States District Court
For the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001-2802

                                          RE:   Alvarado-Rivera v U.S. DOJ
                                                    Civil No. 05-1071
                                                    Pro-Se          RBW

Dear Ms. Mayer-Whittington,

    Reference is made to the above civil proceeding in which I am the Plaintiff pro-se at this time. Enclosed please find my "Motion For Relief From Judgment And For Leave To Amend Pleadings" in the case. Please file same and return one copy to me stamped "Filed" in the self-addressed stamped envelope provided. Additionally, I request that you change my address in your records to reflect my new address as follows:

        Mr. Luis Manuel Alvarado-Rivera
        Registration Number 89512-079
        F.P.C. Jesup
        2600 Highway 301, South
        Jesup, Georgia 31599
        Attention: <u>Satellite Camp</u>

    I am presently housed at the F.P.C. Pollock facility of the Federal Bureau of Prisons, however, on <u>October 7, 2005</u> I will transfer to the F.P.C. Jesup facility. Thank you for your attention and continued attention to this matter. I remain of course most,

    (This letter was translated            Respectfully
    and typed by a fellow inmate
    on behalf of Luis Manuel
    Alvarado-Rivera by virtue of
    his inability to read or            Luis Manuel Alvarado-Rivera
    write the English language)         Pro-Se.

CC: Roscoe C. Howard, Jr., Esquire
    U.S. Attorney D-COL
    (Enclosed)
    (File)

F.P.C. Pollock P.O. Box 2099 Pollock La. 71467-2099 R/N 89512-079