IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

*Leave to file is granted Judge Walton 10/19/05*

| | | |
|---|---|---|
| LUIS MANUEL ALVARADO-RIVERA | § | |
| Plaintiff | § | |
| Vs. | § | CIVIL NO. 05-1071 |
| | § | PRO-SE. |
| U.S. DEPARTMENT OF JUSTICE | § | |
| Defendant | § | |

## MOTION FOR RELIEF FROM JUDGMENT AND FOR LEAVE TO AMEND PLEADINGS

**COMES NOW THE PLAINTIFF:** Luis Manuel Alvarado-Rivera pro-se in the above civil proceeding who respectfully moves this Honorable Court for relief from its Judgment dated July 28, 2005 for leave to amend the original pleadings good and equitable cause shown pursuant to the Fed.R.Civ.P. 15(c)(2) and 60(b)(2)(5).

I

### AUTHORITY OF THE COURT TO GRANT RELIEF

Under Civil Rule 60(b)(2)(5)(6) a party may seek relief from this Court's Judgment if the Plaintiff has discovered new evidence which by the use of due diligence could not have been discovered before the dated of the original judgment; (2) that it is no longer equitable that the judgment should have prospective application; and (3) for any other reason justifying relief from the judgment. The motion must be brought within one year of the date of the judgment under subsection (2) and within a reasonable time under subsection (5)

- 1 -

and (6). The Judgment under attack was rendered on July 20, 2005, and therefore this motion is timely under the limitations requirements.


I I

## BACKGROUND OF THE PROCEEDINGS


The Plaintiff is a federal inmate who is housed at the Federal Prison Camp located in Jeusup Georgia. On June 28, 2004 the Plaintiff requested certain information from the Federal Bureau of Prisons which request was denied. The Plaintiff exhausted the Administrative Remedy Process and his request was ultimately denied. The Plaintiff submitted a request under the "FOIA/PRIVACY ACT" to the Federal Bureau of Prisons on December 15, 2004 to which there was no response as required by law, (see Exhibit "A" original complaint). Finally the Plaintiff moved for Mandamus relief, (see "Petition For Writ Of Mandamus" filed under the inmate mailbox rule on April 27, 2005).

On May 27, 2005 the Court issued an order in which the proceeding was construed as a complaint under the "FOIA/PRIVACY ACT" and the Defendant was ordered to answer the compliant. On June 17, 2005, notwithstanding the service of the complaint, the Bureau of Prisons responded and provided numerous documents albeit absent the specific document which was requested. The numerous documents which were provided was unresponsive to the FOIA/PRIVACY ACT request and it merely provided copies of certain program statement which are readily available to the Plaintiff in the institution's law library. The specific item requested was not provided and the Defendant relied on 5

U.S.C.§ 552(b)(6)(7)(C) exemption provisions while contending that under §§ (b)(6) the names and inmate identification numbers of the inmates who acted as Spanish language translators may be withheld because the disclosure would "be an unwarranted invasion of personal privacy" of those inmates, (see Exhibit "A"). The Plaintiff pursued an administrative appeal through the Bureau of Prisons which appeal was denied, (see Exhibit "B"). This motion follows.

## I I I

## A R G U M E N T

This matter was a straight forward request for the name and inmate numbers of those inmates who worked in the Inmate Law Library at the Federal Medical Center located in Devens Massachusetts during the period December 20, 2000 and August 8, 2003 which inmates were trained to assist Spanish-only speaking federal inmates with legal research concerning their prison sentences and possible civil rights violations, (see FOIA/PRIVACY ACT request Exhibit "C"). The instant request and the failure of the Defendant to comply with the request was the subject of the original pleadings in this case. Moreover, since the original pleadings were filed and this Court directed the Defendant to answer, the Defendant failed to provide the requested records and based that refusal on certain subsections of the FOIA/PRIVACY ACT statute. That failure is newly discovered evidence which could not have been known at the time the original pleadings were submitted to this Court.. due diligence notwithstanding.

There was no request in the subject proceeding for any other

information, personnel, or medical files of those inmates. The withholding of the requested names and inmate numbers was a violation of 5 U.S.C.§ 552 et seq. The simple disclosure of the inmate names and registration numbers was not an unwarranted invasion of those inmate's privacy interests, but it was a direct attempt by the Agency to circumvent the intent of Congress that such records must be made available to the public when requested. The Agency here has taken every possible step over a 2 year period to avoid compliance with federal law. That is not a conclusatory statement but it is completely supported by the record. For instance, the original FOIA/PRIVACY ACT request was submitted to the Defendant on <u>December 15, 2004</u>, (Exhibit "C"). The Defendant <u>did not acknowledge the request</u> as required by 5 U.S.C.§ 552(a)(6)(A) within 20 business days. As a matter of fact, the Defendant never acknowledged the request at all but simply provided an **unresponsive set of documents** after being served with the complaint in this case on <u>June 17, 2005</u>, (see Exhibit "A")(the Defendant was sent another request via certified mail on <u>March 2, 2005</u> Exhibit "D"). Congress did not enact the FOIA/PRIVACY ACT and make a provision which exempted the Defendant from compliance with the law. Nonetheless, the Defendant has thumbed their noses at the law in this case.

I V

PRAYER FOR RELIEF

The Court is respectfully requested to examine the documents in question under the provisions of 5 U.S.C.§ 552(a)(4)(B) by a de

- 4 -

novo   review and make a determination after which the Defendant should

be  ordered   to   provide the requested information as directed by this

Honorable   Court...together   with  any other relief the Court deems due

and proper.

(This   legal   document was           Respectfully Submitted
translated  and  typed by a
fellow  inmate  on  behalf of
Luis  Manuel  Alvarado-Rivera
by virtue of his inability to                                    10/3/05
read  or  write  the English         Luis Manuel Alvarado-Rivera
language)                             Pro-Se.
                                      Registration Number 89512-079
                                      F.P.C. Jesup
                                      2600 Highway 301, South
                                      Jesup, Georgia 31599
                                      Attention: Satellite Camp

V

## CERTIFICATE OF MAILING AND SERVICE

I, LUIS MANUEL ALVARADO-RIVERA HEREBY SWEAR: under penalty of perjury pursuant to 28 U.S.C.§ 1746(2), that a true and conformed copy of the foregoing "Motion For Relief From Judgment And For Leave To Amend Pleadings was placed this 3rd day of October, 2005 in the special mail box of the F.P.C. Pollock, First Class Postage prepaid, addressed to the following:

Ms. Nancy Mayer-Whittington, Clerk
United States District Court
For the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001-2802

Mr. Roscoe C. Howard, Jr., Esquire
United States Attorney
For the District of Columbia
5806 Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20001

_____  10/3/05
Luis Manuel Alvarado-Rivera      Date
Pro-Se.

U.S. Department of Justice

Federal Bureau of Prisons

**FILE COPY**

*Washington, DC 20534*

Luis Manuel Alvarado-Rivera
Reg. No. 89512-079
Federal Prison Camp
Post Office Box 2099
Pollock, LA 71467-2099

For Further Inquiry Contact:
Federal Bureau of Prisons
320 First Street. N.W.
Room 738, HOLC Building
Washington, D.C. 20534
Attn: FOIA/Privacy Office

JUN 17 2005

RE:   Request for Information, FOIA Request No. 2005-02464

Dear Mr. Alvarado-Rivera:

      This is in response to your request under the Freedom of
Information Act for "the names, place of detention, and
registration numbers of the Federal Bureau of Prisons inmates
upon who the enclosed affidavit of the Mr. Lance J. Cole,
Supervisor of Education from FMC Devens, relied, as those inmates
who provided legal assistance from persons trained in the law to
Spanish-only speaking inmates at the F.M.C. Devens during the
period December 20, 2000 to August 8, 2003."

      We have located one page in response to this request.
However, we are withholding this page in its entirety pursuant to
5 U.S.C. §552 (b)(6) and (b)(7)(C).  Exemption (b)(6) provides for
the withholding of personnel and medical files and similar files
to preclude a clearly unwarranted invasion of personal privacy
surrounding other individuals.

      Exemption (b)(7)(C) provides for the exclusion of
information compiled for law enforcement purposes which could
reasonably be expected to constitute and

      Additionally, you requested "copies of all memorandums,
communications, regulations, compliance and/or procedures which
deal with the Federal Bureau of Prisons' responsibilities to
provide meaningful access to the courts, to non-English speaking
federal inmates at all the Federal Bureau of Prisons'
Facilities."

      We have located three documents consisting of 65 pages in
response to this request.  These documents are Program Statement
(P.S.) 1315.07, "Inmate Legal Activities;" P.S. 1542.06, "Inmate
Library Services;" and the semi-annual Law Library Inventory
form.

PETITIONER'S
EXHIBIT

"A"

ALL STATE LEGAL®

Page 2
2005-02464
Luis Manuel Alvarado-Rivera

FILE COPY

Pursuant to 28 C.F.R. §16.9, this denial may be appealed to the Attorney General by filing a written appeal within sixty days of the receipt of this letter. The appeal should be addressed to the **Office of Information and Privacy, U.S. Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530.** Both the envelope and the letter of appeal itself must be clearly marked: **"Freedom of Information Act Appeal."**

If you have any questions or concerns please contact Maureen Ward, Legal Assistant.

Sincerely,

Wanda M. Hunt
Chief, FOIA/PA Section

Enclosures: 65 pages
cc: File



**U.S. Department of Justice**

Office of Information and Privacy

Telephone: (202) 514-3642                     Washington, D.C. 20530

SEP 19 20 **FILE COPY**

Mr. Luis Manuel Alvarado-Rivera
Register No. 89512-079
United States Penitentiary          Re:   Appeal No. 05-2191
Post Office Box 2099                      Request No. 2005-02464
Pollock, LA   71467-2099                  RLH:ADW:NSQ

Dear Mr. Alvarado-Rivera:

     You appealed from the action of the Central Office of the
Federal Bureau of Prisons on your request for access to the name,
register number, and facility of any inmate who worked as a legal
clerk at the Federal Medical Center in Ayer, Massachusetts from
December 20, 2000 to August 8, 2003.

     After carefully considering your appeal, I have decided to
affirm the BOP's action on your request.

     The BOP properly withheld from you certain information that is
protected from disclosure under the Freedom of Information Act
pursuant to 5 U.S.C. § 552(b)(7)(C).  This provision concerns records
or information compiled for law enforcement purposes, the release of
which could reasonably be expected to constitute an unwarranted
invasion of the personal privacy of third parties.  I have also
determined that this material is not appropriate for discretionary
release.

     If you are dissatisfied with my action on your appeal, you may
seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

                              Sincerely,

                              Richard L. Huff
                              Co-Director

PETITIONER'S
EXHIBIT

"B"

FILE COPY

# F R E E D O M   O F   I N F O R M A T I O N   A C T   R E Q U E S T

December 15, 2004

United States Department of Justice
Federal Bureau of Prisons
Freedom of Information/Privacy Act Office
320 First Street, N.W.
Washington, D.C. 20534

Ladies/Gentlemen,

    This is a request under the provisions of the Freedom of Information/Privacy Act as amended, (5 U.S.C.§ 552 & § 552a). I am writing to request the names, place of detention, and registration numbers of the Federal Bureau of Prisons inmates upon who the enclosed affidavit of the Mr. Lance J. Cole, Supervisor of Education from FMC Devens, relied, as those inmates who provided legal assistance from persons trained in the law to Spanish-only speaking inmates at the F.M.C. Devens during the period December 20, 2000 to August 8, 2003.

    This request was first submitted to the B.O.P. via the Administrative Remedy Process but was denied. I was instructed to make the request for the information under the FOIA/Privacy Act's provisions, (see enclosed BP-231 with response). I request as well, copies of all memorandums, communications, regulations, compliance and/or procedures which deal with the Federal Bureau of Prisons' responsibilities to provide meaningful access to the courts, to non-English speaking federal inmates at all the Federal Bureau of Prisons' Facilities.

    The FOIA/Privacy Act provides that if only a portion of a file are exempted from release, the remainder must be released. I therefore request that I be provided with all nonexempt portions of any records which are reasonably segregate. I, of course, reserve my right to appeal the withholding or deletion of any information.

    If there are any questions concerning this request, please write to me at the following address:

                Mr. Luis Manuel Alvarado-Rivera
                Registration Number 89512-079
                Federal Prison Camp, Pollock
                Post Office Box 2099
                Pollock, Louisiana 71467-2099

ALL-STATE LEGAL    PETITIONER'S
EXHIBIT

"C"

    The FOIA/Privact Act requires that you acknowledge this request within 20 working days from your receipt of the request.

(This FOIA/Privacy Act request was translated and typed by a fellow inmate on behalf of Luis Manuel Alvarado-Rivera by virtue of his inability to read or write the English language)

Respectfully Requested

Luis Manuel Alvarado-Rivera

FILE COPY

## P R O O F   O F   I D E N T I T Y

In support of the attached Freedom of Information/Privacy Act request, I submit the following information as proof of my identity

DATE OF FOIA/PRIVACT ACT REQUEST:    December 15, 2004

NAME OF REQUESTER:                   Luis Manuel Alvarado-Rivera

INMATE REGISTRATION NUMBER:          89512-079

DATE OF BIRTH:                       December 8, 1960

SOCIAL SECURITY NUMBER:              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

PLACE OF BIRTH:                      Commonwealth of Puerto Rico

ADDRESS OF REQUESTER:                Federal Prison Camp, Pollock
                                     Post Office Box 2099
                                     Pollock, Louisiana 71467-2099

I Luis Manuel Alvarado-Rivera hereby swear under penalty pursuant to 28 U.S.C.§ 1746(2), that the foregoing information is true to the best of my knowledge and belief, and that I am the person described therein.

12/15/04

_____
Luis Manuel Alvarado-Rivera    Date

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS

FILE COPY

UNITED STATES                )
                             )
        v.                   )        CR. No. C-00-222(1)
                             )        C.A. No. C-04-30
                             )
                             )
LUIS MANUAL ALVARADO-RIVERA  )
                             )

---

## DECLARATION OF LANCE J. COLE

I, Lance J. Cole, hereby make the following declaration:

1.    I am currently employed by the Federal Bureau of Prisons (BOP) of the United States
      Department of Justice as the Supervisor of Education at the Federal Medical Center
      (FMC) in Devens, Massachusetts. I have been employed by the BOP since September 11,
      1988, and have served in my current capacity since August 8, 1998.

2.    As the Supervisor of Education, I oversee the Education and Recreation Departments at
      FMC Devens. As part of my official duties, I am responsible for supervising the law
      library's upkeep and operation.

3.    In order to perform my official duties as the Supervisor of Education, I have access to
      numerous records regarding prisoners maintained in the ordinary course of business at
      FMC Devens. This information includes documentary records and computerized records
      maintained on SENTRY, the Bureau of Prisons computerized data base.

4.    I have been advised of the issues that ("Plaintiff") Luis Alvarado, Federal Register
      Number 89512-079, has submitted before this court. Inmate Alvarado was incarcerated
      at FMC Devens from December 20, 2000 through August 8, 2003. On or about March
      29, 2004, I was notified by an Assistant U.S. Attorney from the Southern District of
      Texas that Plaintiff filed a Motion to Vacate his Sentence pursuant to 28 U.S.C. §2255
      along with a motion to toll the one-year statute of limitations. As grounds for his motion,
      he contends that he was denied access to the court while at FMC Devens. He further
      contends that FMC Devens does not provide Spanish language legal research materials,
      nor legal assistance of any kind whatsoever to Spanish-only speaking inmates.

Page 1 of 2

5. In accordance with Bureau of Prisons Program Statement 1315.07, Legal Activities, Inmate, §6(a), "each Warden must establish a main law library containing the materials listed in the Required Main Law Library Materials (Attachment A), unless an item is out of print." A true and accurate copy of Program Statement 1315.07, is attached as Exhibit 1.

6. During the period in question (December 2000 through August 2003) the FMC Devens Main Law Library contained all of the required legal materials as set forth in Attachment A of Program Statement 1315.07. All of the law books are in English. Spanish language materials included: Manual De Pautas, 1999 Zapp, David, and a Spanish-English, English-Spanish Law Dictionary.

7. The FMC Devens Education Department provides assistance for inmates who need help in researching and preparing legal documents by hiring qualified inmates to work in the Law Library. The inmate Law Clerks assist all inmates in basic legal matters and teach Basic Legal Research courses.

8. Records indicate that in December 2000, the FMC Devens Education Department employed a Spanish-speaking inmate Law Clerk. In addition, records indicate that while incarcerated at FMC Devens, inmate Alvarado participated in and completed several Education courses, some offered in Spanish (such as Spanish GED), and some offered only in English (Parenting).

9. All inmates who arrive at FMC Devens participate in Admission and Orientation (A&O) classes, during which institution procedures are explained by the various department heads. The Supervisor of Education specifically discusses the Law Library and inmates' rights to access legal materials, and their ability to seek assistance regardless of language. This presentation is given in English and in Spanish. Further, an A&O handbook in English and Spanish is provided to all inmates during these classes. This handbook also describes Law Library access.

I declare the foregoing is true and correct to the best of my knowledge and belief, and given under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed this __1st__ day of April, 2004

Lance J. Cole
Supervisor of Education
FMC Devens

FILE COPY

# LUIS MANUEL ALVARADO-RIVERA

FILE COPY

U.S. Department of Justice                              March 2, 2005
Federal Bureau of Prisons
Freedom of Information/Privacy Act Office
320 First Street, N.W.
Washington, D.C. 20534
**(Via Certified Mail Number 7003 3360 0004 7107 5781)**

                                  RE:    FOIA/PRIVACY ACT REQUEST
                                         January 11, 2005

Ladies/Gentlemen,

     Reference is made to the above mentioned FOIA/PRIVACY ACT request
which I mailed to your office on January 11, 2005. To date I have not
received an acknowledgement as required by the Statute within 20 days.
Please respond and inform what the status of the request is at this
juncture? My correct for response is as follows:

                    Mr. Luis Manuel Alvarado-Rivera
                    Registration Number 89512-079
                    Federal Prison Camp Pollock
                    Post Office Box 2099
                    Pollock, Louisiana 71467-2099

     Thank you for your attention and anticipated assistance in this
matter. I remain most,

(This letter brief was translated
and typed by a fellow inmate on            Respectfully
behalf of Luis Manuel Alvarado-
Rivera by virtue of his inability
to read or write the English
language)                                  Luis Manuel Alvarado-Rivera

(Enclosed)
(File)

                                                    PETITIONER'S
                                                     EXHIBIT

                                                        "D"

                    7003 2260 0004 7107 5781

F.P.C. Pollock P.O. Box 2099 Pollock La. 71467-2099 R/N 89512-079



**SENDER:** COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Department of Justice
Federal Bureau of Prisons
Freedom of Information/Privacy Act Office
320 First Street, N.W.
Washington, D.C. 20534

FILE COPY

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☑ Agent
☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
                                    5-8-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7003 2260 0004 7107 5781

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL  RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

LUIS MANUEL ALVARADO-RIVERA #89512-079

| | | |
|---|---|---|
| Postage | $ | .60 |
| Certified Fee | | 2.20 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.55 |

CAMP

FOIA/PRIVACY AT.

Sent To
USDOJ Federal Bureau of Prisons
Street, Apt. No.; or PO Box No.
320 First Street, N.W.
City, State, ZIP+4
Washington, D.C. 20534

7003 2260 0004 7107 5781

FILE COPY