# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LUIS MANUEL ALVARADO-RIVERA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1071 (RBW) |
| | ) | |
| DEPARTMENT OF JUSTICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter comes before the Court on plaintiff's motion for relief from judgment and for leave to amend the pleadings. Plaintiff, a federal inmate proceeding *pro se,* brought this action pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, alleging that defendants had not responded to his FOIA request. In a letter dated June 23, 2005, plaintiff informed the Court that the defendants had responded to his FOIA request since the filing of this action and requested that the case be dismissed. The Court dismissed this action on July 28, 2005.

Plaintiff seeks to re-open the case and now challenge the defendants' response to the FOIA request based on "newly discovered evidence." There is no basis for plaintiff's motion. The defendants' disposition of his FOIA request was known by the plaintiff when he filed his motion to dismiss. Plaintiff apparently now regrets filing his motion. However, that is not a valid ground for vacating the Court's dismissal order. Accordingly, it is

**ORDERED** that plaintiff's motion for relief from judgment and for leave to amend pleadings

1

[10] is **DENIED**.

_____/s/_____
REGGIE B. WALTON
United States District Judge

DATE: May 18, 2006